**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

# MEMO ENDORSED

November 8, 2019

VIA ECF

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _11/12/19_ |

Re: **United States v David Valerio**
19 Cr 592 (KMW)
Request for Adjournment of Status Conference

Dear Judge Wood:

Reference is made to the scheduled conference before Your Honor on November 12, 2019 for defendant David Valerio in the above-entitled case. It is respectfully requested that the conference in the instant case be adjourned on consent until December 2, 2019. Counsel needs additional time to meet with his clientl in advance of the conference as the parties are working toward a resolution of this matter short of trial.

Prior to making this request, counsel spoke with and gained the consent of Assistant United States Attorney Thomas Wright to make this request of the Court for an adjournment of the status conference.

Additionally, due to the ongoing plea negotiations, it is requested that time under 18 USC 3161 be excluded through any new adjourned date. The parties specifically consent to any such exclusion of time.

_pretrial conference_

Accordingly, it is respectfully requested that the ~~sentencing~~ in this matter be adjourned until December 2, 2019 or any date thereafter convenient to the Court.

Respectfully submitted,

/s/ **Guy Oksenhendler**

Guy Oksenhendler

_The request is granted.
The pretrial conference is adjourned to December 2, 2019,
at 2:00 P.M.
11-12-19
SO ORDERED, N.Y., N.Y._

**KIMBA M. WOOD**
**U.S.D.J.**