UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against                                        **ORDER**
                                                        19 CR 589 (KMW)

DAVID VALERIO,

                Defendant.
------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the conference currently scheduled for Thursday, December 5, 2019, is adjourned to Tuesday, December 10, 2019, at 12:30 p.m.

SO ORDERED.

Dated: New York, New York
       December 5, 2019

                                                  /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                           UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/19