USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------- X
                              :
UNITED STATES OF AMERICA    :
                              :    **ORDER ACCEPTING THE PLEA**
        - v. -              :    **ALLOCUTION BEFORE A**
                              :    **UNITED STATES**
DAVID VALERIO,                :    **MAGISTRATE JUDGE**
                              :
             Defendant.    :    19 CR 589 (KMW)
                              :
--------------- X

KIMBA M. WOOD, United States District Judge

    On December 12, 2019, pursuant to Federal Rule of Criminal Procedure 11, United States Magistrate Judge Sarah L. Cave, after presiding over a plea allocution with the defendant's consent, reported and recommended that the defendant's plea of guilty be accepted. The Court has reviewed the transcript of the plea allocution and has determined that the defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis for the plea of guilty. Accordingly, it is hereby

    ORDERED that the defendant's plea of guilty is acceptable to the Court. The Clerk of Court is directed to enter the defendant's plea of guilty.

Dated:    New York, New York
            January 21, 2020

                                           _Kimba M. Wood_
                                           THE HONORABLE KIMBA M. WOOD
                                           UNITED STATES DISTRICT JUDGE
                                           SOUTHERN DISTRICT OF NEW YORK