```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/23/20_____

19-CR-589 (KMW)

-against-

**ORDER**

DAVID VALERIO,

Defendant.

------------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Wednesday, April 1, 2020, is adjourned to Thursday, May 28, 2020, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
March 23, 2020

                                                  /s/ Kimba M. Wood /
                                                  KIMBA M. WOOD
                                          United States District Judge