```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/18/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

          -against-

DAVID VALERIO,

          Defendant.
-----------------------------------------------------------X

19-CR-589 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Thursday, May 28, 2020, is adjourned to July 8, 2020, at 11:00 a.m. If defense counsel still wishes to supplement his sentencing submission, he shall do so by July 1, 2020.

    SO ORDERED.

Dated: New York, New York
       May 18, 2020

                                                  /s/ Kimba M. Wood /
                                           KIMBA M. WOOD
                                 United States District Judge