```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/3/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

           -against-

DAVID VALERIO,

                         Defendant.
-----------------------------------------------------------X

19-CR-589 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Wednesday, July 8, 2020, is adjourned to September 9, 2020, at 12:00 p.m.

    SO ORDERED.

Dated: New York, New York
       July 3, 2020

                                                      /s/ Kimba M. Wood /
                                                    KIMBA M. WOOD
                                            United States District Judge